# MEMORANDUM

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

Date: March 10, 2022

Re:   Brunch Accosting.

On Sunday morning, March 6, 2022, a man plopped down at my table while I was eating a late breakfast in a local cafe.

He spoke of a case involving his friend's company and Schlumberger. He spoke his friend's company's name, but I neither recognized it nor recall it.

He then made random and sporadic comments about the lawsuit. Each time I responded that I cannot talk about what I learn from a case in any form and cannot discuss active cases at all. He would acknowledge my limits and chatter more.

After about 10-15 minutes of this, my waitress intervened and asked him to go back to his table. He did.

_____
Lynn N. Hughes
United States District Judge